# Third District Court of Appeal

## State of Florida

Opinion filed June 18, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-230
Lower Tribunal No. F98-5069
_____

**Andrew D. Hall,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Andrew D. Hall, in proper person.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before MILLER, BOKOR and GOODEN, JJ.

PER CURIAM.

Andrew Hall appeals from the denial of a petition for mandamus directed to a nonparty. Hall claimed that the nonparty did not comply with a public records request and sought mandamus relief to compel compliance. The record contains no indication that the party to whom the petition was directed was served or otherwise appeared in this action. Absent some limited exceptions not applicable here, a trial court has no jurisdiction over a nonparty. See, e.g., Torrey v. Bruner, 53 So. 337 (Fla. 1910). We therefore affirm the trial court's denial of the petition.

Affirmed.